**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-25887 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | IDL HOLDINGS LLC | Date Filed (f) or Converted (c): | 11/26/2019 (f) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 01/03/2020 |
| | | Claims Bar Date: | 02/04/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Chase Bank Checking 6230 | $698.00 | $381.00 | | $381.00 | FA |
| 2  Sale of Insight Diagnostics LLC membership units to Tucker National Labs, LLC. | $1,488,653.02 | $1,238,653.02 | | $0.00 | $1,488,653.02 |
| Asset Notes: Trustee filed an adversary against this asset. Adversary 21-01378 | | | | | |
| 3  Claim against Tucker National Labs for estimated damages Damages - Failure to pay | $100,000.00 | $0.00 | | $0.00 | FA |
| 4  Trustee v. American Express (u) Adv. 21-01388 | $0.00 | $253,900.83 | | $0.00 | $253,900.83 |
| 5  Trustee v. JP Morgan Chase Bank, N.A. (u) Adv. 21-01389 | $0.00 | $98,520.41 | | $0.00 | $98,520.41 |
| 6  Trustee v. Jetblue Airways Corporation (u) Adv. 21-01390 | $0.00 | $35,000.00 | | $0.00 | $35,000.00 |
| 7  Trustee v. Paul Carruth (u) Adv. 21-01391 | $0.00 | $68,296.67 | | $0.00 | $68,296.67 |
| 8  Trustee v. PNC Bank, N.A. (u) Adv. 21-01392 | $0.00 | $53,849.00 | | $0.00 | $53,849.00 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$1,589,351.02     $1,748,600.93     $381.00     $1,998,219.93

**Major Activities affecting case closing:**

03/24/2022   Adversary litigation is underway and scheduled to be concluded in the final quarter of 2022.
Claims are being reviewed.
Extension for 2021 taxes was filed.

03/01/2021   The Chapter 7 Trustee has engaged a financial professional and sent demand letters related to potential avoidance claims. Litigation will be pursued in the latter half of 2021.

02/15/2020   The Chapter 7 Trustee has engaged a financial professional (employed by Order dated February 18, 2020 [ECF 21]) and counsel (employed by Order dated February 12, 2020 [ECF 16]) to review potential avoidance claims. The Trustee's financial processional is in the process of obtaining and analyzing the Debtors pre-petition financial records.
Tax returns are not required at this time.

| Initial Projected Date Of Final Report (TFR): | 12/31/2021 | Current Projected Date Of Final Report (TFR): | 12/31/2022 | /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE |
|---|---|---|---|---|

NICOLE TESTA MEHDIPOUR, TRUSTEE

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 19-25887 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | IDL HOLDINGS LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2670 | Checking Acct #: | ******8701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/02/2020 | (1) | Chase Bank JP Morgan Chase | Turnover of funds in Chase Account | 1129-000 | $381.00 | | $381.00 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.63 | $380.37 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.57 | $379.80 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.61 | $379.19 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.61 | $378.58 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.55 | $378.03 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.61 | $377.42 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.62 | $376.80 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.56 | $376.24 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.58 | $375.66 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.62 | $375.04 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.58 | $374.46 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.58 | $373.88 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.60 | $373.28 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.58 | $372.70 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.60 | $372.10 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.60 | $371.50 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.54 | $370.96 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.59 | $370.37 |

**SUBTOTALS**  $381.00  $10.63

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 19-25887 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | IDL HOLDINGS LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2670 | | Checking Acct #: | ******8701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $381.00 | $10.63 | $370.37 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $381.00 | $10.63 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $381.00 | $10.63 | |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/31/2020 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $381.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $381.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |
|---|---|
| Case No. | 19-25887 |
| Case Name: | IDL HOLDINGS LLC |
| Primary Taxpayer ID #: | **-***2670 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2021 |
| For Period Ending: | 03/31/2022 |

| | |
|---|---|
| Trustee Name: | Nicole Testa Mehdipour, Trustee |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******8701 |
| Account Title: | |
| Blanket bond (per case limit): | $52,222,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $381.00 | $10.63 | $370.37 |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 01/31/2020 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $381.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $381.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7.05 | Total Compensable Disbursements: | $10.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7.05 | Total Comp/Non Comp Disbursements: | $10.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUST

NICOLE TESTA MEHDIPOUR, TRUSTEE